UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL IVAN,

                      Petitioner,

      v.

INTERACTIVE BROKERS LLC,

                      Respondent.

No. 22-CV-3999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This case has been assigned to me for all purposes. On May 25, 2022, Petitioner filed a complaint seeking to vacate an arbitration award issued by FINRA. Petitioner has not yet docketed an affidavit of service. It is hereby:

      ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition by June 27, 2022. Respondent's opposition, if any, is due on July 25, 2022. Petitioner's reply, if any, is due on August 8, 2022.

      IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:     June 10, 2022
               New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge