UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GABRIEL IVAN,

                Petitioner,                          22 **CIVIL** 3999 (LTS)

   -against-                              **JUDGMENT**

INTERACTIVE BROKERS LLC,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 25, 2023, each of Petitioner's arguments for vacatur fails. The Court has therefore denied Petitioner's motion to vacate the Arbitration Award, and has granted Respondent's cross motion to confirm the Arbitration Award; accordingly, the case is closed.

**Dated**: New York, New York
          August 25, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                               **Clerk of Court**

                              **BY:**         *K. Mango*

                                                           _____
                                                               **Deputy Clerk**